**United States District Court**
For the Northern District of California

1

2
IN THE UNITED STATES DISTRICT COURT

3
FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5
LEVI STRAUSS & CO,                                   No. C 04-00468 SI

6
        Plaintiff,                            **ORDER OF DISMISSAL UPON**

7
  v.                                                  **SETTLEMENT**

8
RP55,INC.,

9
        Defendant.

10
_____/

11
      The parties to the action, by their counsel, have advised the court that they have agreed to a

12
settlement.

13
      IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE.  However, that if

14
any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within

15
ninety days from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated

16
and this cause shall forthwith be restored to the calendar for further proceedings.

17

18
Dated: 6/30/05                                       _____

19
                                        SUSAN ILLSTON
United States District Judge

20

21

22

23

24

25

26

27

28